UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-cv-00148-D

| | |
|---|---|
| GREGORY HARVEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DMD FINANCIAL SERVICES, INC., )<br>)<br>Defendant ) | **ORDER STRIKING AND SEALING DOCKET ENTRY # 7** |

Presently pending before the Court is Plaintiff's Motion to Strike and Seal Docket Entry # 7 (Docket # 9). As a corporation, Defendant cannot proceed *pro se* and may proceed only with counsel authorized to practice in this Court. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-202, 113 S.Ct., 716, 121 L.Ed.2d 827 (1993); *Microsoft Corp. v. Computer Serv. & Repair, Inc.*, 312 F.Supp.2d 779, 780 (E.D.N.C. 2004). Defendant's filing at Docket Entry # 7 was filed by Defendant's President, who is not authorized to practice in this Court. Therefore, Docket Entry # 7 is stricken.

Defendant's filing at Docket Entry # 7 contains Plaintiff's unredacted social security number in two places. Pursuant to Fed.R.Civ.P. 5.2(d), Docket Entry # 7 is sealed.

Plaintiff's Motion to Strike and Seal Docket Entry # 7 is GRANTED.

SO ORDERED. This 11 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge