IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-148-D

GREGORY HARVEY,                    )
                                   )
                    Plaintiff,     )
                                   )
        v.                         )            ORDER
                                   )
DMD FINANCIAL SERVICES, INC.,      )
                                   )
                    Defendant.     )

On April 1, 2016, plaintiff filed suit [D.E. 1]. On June 15, 2016, defendant DMD Financial

Services, Inc., was served [D.E. 5]. DMD Financial Services, Inc. failed to file an answer or other

responsive pleading. On July 8, 2016, plaintiff moved for entry of default [D.E. 6]. See Fed. R.

Civ. P. 55(a).

Plaintiff's motion for entry of default [D.E. 6] is GRANTED. Default is entered against

defendant DMD Financial Services, Inc.

SO ORDERED. This _5_ day of January 2017.

                                        JAMES C. DEVER III
                                        Chief United States District Judge